IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TERRY ANAYA and<br>SHEILA R. ANAYA,<br><br>   Plaintiffs,<br><br>   v.<br><br>NEWREZ LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING,<br><br>   Defendant. | Case No. 22-cv-2188-JAR-TJJ |

### ORDER OF DISMISSAL

  Plaintiffs Terry Anaya and Sheila R. Anaya filed a *pro se* lawsuit against Defendant NewRez LLC d/b/a/ Shellpoint Mortgage Servicing ("Shellpoint") in the district court of Leavenworth County, Kansas, alleging that Shellpoint reported a bankruptcy-discharged debt on their credit report and as a result, they were denied a loan to buy property. On September 20, 2022, this Court entered a Memorandum and Order granting without prejudice Shellpoint's motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.[1] Plaintiffs were granted leave to file an amended complaint that complies with Rule 8(a) and warned that failure to do so would result in dismissal of this case in its entirety.

  On October 11, 2022, Plaintiffs timely responded to the Court's Order.[2] This response does not include an amended complaint, but instead contains generalized and conclusory allegations that continue to focus on Shellpoint's purported violations of their bankruptcy discharge and steps taken to destroy their credit. Even generously construing the response as an

---

[1] Doc. 20.

[2] Doc. 21.

attempt to amend the Complaint, Plaintiffs continue to fail to identify any cause of action as required by Rule 8(a). For the reasons explained in its September 20 Order, the Court does not have jurisdiction over any claim for violation of the bankruptcy discharge injunction, nor does the Fair Credit Reporting Act create a private right of action against Shellpoint, and therefore their Complaint fails to state a claim upon which relief may be granted. Accordingly, Plaintiffs' case is dismissed in its entirety.

**IT IS THEREFORE ORDERED BY THE COURT** that this case is dismissed under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated: October 24, 2022

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE